IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                            :
NICKOLAS ATLAS                              :    3:02 CV 2029 (DJS)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO.                    :    DATE: SEPT. 30, 2004
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
MICHAEL BETTINI                             :    3:02 CV 2030 (RNC)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: SEPT. 30, 2004
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
PAUL CIUZIO                                 :    3:02 CV 2032 (JBA)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: SEPT. 30, 2004
                                            :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                            :
RICHARD F. FANNING                          :    3:02 CV 2034 (WWE)
                                            :
                                            :
                                            :
v.                                          :
                                            :
                                            :
                                            :
METRO-NORTH RAILROAD CO. ET AL.             :    DATE: SEPT. 30, 2004
                                            :
-----------------------------------------------------------x
```

```
----------------------------------------------------x
                                                     :
THOMAS FARLEY                                        :      3:02 CV 2035 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
----------------------------------------------------x
----------------------------------------------------x
                                                     :
COLOGERO G. FARRUGGIO                                :      3:02 CV 2036 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
----------------------------------------------------x
----------------------------------------------------x
                                                     :
CLYDE M. GIBBS                                       :      3:02 CV 2037 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
----------------------------------------------------x
----------------------------------------------------x
                                                     :
THOMAS INFANTINO                                     :      3:02 CV 2038 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
----------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
 ANTONIO SARTORI                                           :      3:02 CV 2039 (PCD)
                                                           :
                                                           :
                                                           :
 v.                                                        :
                                                           :
                                                           :
                                                           :
 METRO-NORTH RAILROAD CO. ET AL.                           :      DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
 LAWRENCE TRAMAGLINI                                       :      3:02 CV 2040 (SRU)
                                                           :
                                                           :
                                                           :
 v.                                                        :
                                                           :
                                                           :
                                                           :
 METRO-NORTH RAILROAD CO. ET AL.                           :      DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
 JOSEPH WALZ                                               :      3:02 CV 2041 (DJS)
                                                           :
                                                           :
                                                           :
 v.                                                        :
                                                           :
                                                           :
                                                           :
 METRO-NORTH RAILROAD CO. ET AL.                           :      DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
 DAVID B. BETRIX                                           :      3:03 CV 181 (WWE)
                                                           :
                                                           :
                                                           :
 v.                                                        :
                                                           :
                                                           :
                                                           :
 METRO-NORTH RAILROAD CO. ET AL.                           :      DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------------x
                                                            :
THOMAS BYRNE, SR.                                           :        3:03 CV 182 (CFD)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.                             :        DATE: SEPT. 30, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
FRANK A. DiLORENZO                                          :        3:03 CV 183 (AWT)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.                             :        DATE: SEPT. 30, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
DENNIS INCONSTANTI                                          :        3:03 CV 184 (JCH)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.                             :        DATE: SEPT. 30, 2004
                                                            :
------------------------------------------------------------x
------------------------------------------------------------x
                                                            :
JOHN F. JOHNSON, JR.                                        :        3:03 CV 185 (MRK)
                                                            :
                                                            :
v.                                                          :
                                                            :
                                                            :
METRO-NORTH RAILROAD CO. ET AL.                             :        DATE: SEPT. 30, 2004
                                                            :
------------------------------------------------------------x
```

```
-------------------------------------------------------x
                                                       :
JOHN J. MELILLO                                        :        3:03 CV 186 (RNC)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO.                               :        DATE: SEPT. 30, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
PEDRO S. RODRIGUEZ                                     :        3:03 CV 188 (JBA)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: SEPT. 30, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
RICHARD STARR                                          :        3:03 CV 189 (RNC)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: SEPT. 30, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
ROBERT F. WRIGHT                                       :        3:03 CV 191 (RNC)
                                                       :
                                                       :
                                                       :
v.                                                     :
                                                       :
                                                       :
                                                       :
METRO-NORTH RAILROAD CO. ET AL.                        :        DATE: SEPT. 30, 2004
                                                       :
-------------------------------------------------------x
```

5

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, Geary, 3:02 CV 1679 (WWE), Dkt. #64; Atlas, 3:02 CV 2029 (DJS), Dkt. #25; Bettini, 3:02 CV 2030 (RNC), Dkt. #52; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #59; Fanning, 3:02 CV 2034 (SRU), Dkt. #47; Farley, 3:02 CV 2035 (WWE), Dkt. #46; Farruggio, 3:02 CV 2036 (CFD), Dkt. #52; Gibbs, 3:02 CV 2037 (WWE), Dkt. #49; Infantino, 3:02 CV 2038 (WWE), Dkt. #49; Sartori, 3:02 CV 2039 (PCD), Dkt. #51; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #45; Walz, 3:02 CV 2041 (DJS), Dkt. #55; Betrix, 3:03 CV 181 (WWE), Dkt. #46; Byrne, 3:03 CV 182 (CFD), Dkt. #40; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #42; Inconstanti, 3:03 CV 184 (MRK), Dkt. #47; Johnson, 3:03 CV 185 (MRK), Dkt. #44; Melillo, 3:03 CV 186 (RNC), Dkt. #23; Rodriguez, 3:03 CV 188 (JBA), Dkt. #48; Starr, 3:03 CV 189 (RNC), Dkt. #43; Wright, 3:03 CV 191 (RNC), Dkt. #49, are granted by agreement as follows:

All fact discovery shall be completed **on or before December 15, 2004**; plaintiff's expert report(s) shall be disclosed **on or before January 14, 2005**; plaintiff's expert(s) shall be deposed **on or before February 15, 2005**; defendant's expert report(s) shall be disclosed **on or before February 15, 2005**; and defendant's expert(s) shall be deposed **on or before March 15, 2005**.

Dated at New Haven, Connecticut, this 30th day of September, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge