UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT F. WRIGHT | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | CIVIL ACTION NO. 3:03 CV 00191 (RNC) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION | : | |
| AND AMERICAN FINANCIAL GROUP, | : | |
| INC., f/k/a AMERICAN PREMIER | : | JANUARY 10, 2005 |
| UNDERWRITERS, INC., f/k/a | : | |
| PENN CENTRAL CORPORATION | : | |
| | : | |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 10, 2005    _____
Susan B. Parzymieso, Esq.  (CT 25301)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Robert F. Wright

                                                                                    _____
                                                                                     Susan B. Parzymieso, Esq.

I:\Procases\205.179\appearancewright.wpd
205.179